ACCEPTED
14-15-00316-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 1:36:48 PM
CHRISTOPHER PRINE
CLERK



**BOB WORTHAM**
CRIMINAL DISTRICT ATTORNEY

Jefferson County Courthouse
1085 Pearl Street, 3rd Floor
Beaumont, Texas 77701
(409) 835-8550
FAX (409) 784-5893

**CORY J. H. CRENSHAW**
First Assistant

**ASHLEY CHASE**
Criminal Chief

**WAYLN THOMPSON**
Appellate Chief

**GARY REAVES**
Public Integrity

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 1:36:48 PM
CHRISTOPHER A. PRINE
Clerk

**PAT KNAUTH**
Executive Assistant

**KATHLEEN M. KENNEDY**
Civil Chief

**RANDI KING**
Family Chief

**JAMES ARCENEAUX**
Chief Investigator

June 2, 2015

Chris Prine
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

Re:  Ronnie Thibodeaux
Docket No. 15-21315 / Appeal No. 14-15-00316-CR

To The Honorable Court of Appeals:

After having read the complete record, the State waives its right to answer the Appellant's Anders Brief. The State may respond to any supplemental or additional briefs filed by Appellant in this appeal.

Respectfully Submitted,

/s/  Wayln G. Thompson
_____

Wayln G. Thompson
Assistant Criminal District Attorney
Jefferson County, Texas
(thompson@co.jefferson.tx.us)

WGT/mh

cc:    <u>CM/RRR #7012 1010 0002 1585 3246</u>
Gaylyn Leon Cooper, Attorney at Law, 1104 Orleans Street, Beaumont, Texas 77701